83,028-01

October 21, 2015

Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 26 2015

Abel Acosta, Clerk

Re: Tr. Ct. No. WRIT08294

Dear Mr. Acosta:

Please be kind enough to let me know the status of my writ when you can spare the time. Sure would appreciate it.

Thank you very much for your time and concern in this matter.

Respectfully,

Tyrone Fortune
TDCJ-CID No.1799266
Pack I Unit
2400 Wallace Pack Rd.
Navasota, TX 77868-4567


cc: file